IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

| | | |
|---|---|---|
| MARK A. SWIFT, | ) | Chapter 7 |
| | ) | |
| Debtor, | ) | CASE NO. 05  B 35255 |
| | ) | |
| | | Honorable Eugene R. Wedoff |
| infiNET RESOURCE, INC., d/b/a | ) | |
| ORONOVA, INC., | ) | |
| | ) | |
| Adversary Plaintiff, | ) | Adversary No. 06-00617 |
| | ) | |
| vs. | ) | |
| | ) | |
| MARK A. SWIFT, | ) | |
| | ) | |
| Adversary Defendant. | ) | |

## AGREED NON-DISCHARGEABLE JUDGMENT ORDER

THIS CAUSE, coming on pursuant to agreement of the parties pursuant to a Settlement Agreement, the Court, having jurisdiction of the parties and the subject matter thereto, and the Court, being duly advised,

NOW ORDERS:

1.   A non-dischargeable Judgment is hereby entered in favor of infiNet Resource, Inc., d/b/a Oronova, Inc. and against Mark Swift, individually, in the sum of Seventy-Five Thousand Dollars ($75,000.00).

2.   The non-dischargeable Judgment amount shall be payable by Mark Swift to Oronova, Inc. in certified funds as follows:

(a)   Five Thousand Dollars ($5,000.00) within thirty (30) days from the entry of this Order;

(b)   An additional Five Thousand Dollars ($5,000.00) on or before sixty (60) days of the date of this Order;

(c)     Five Thousand Dollars ($5,000.00) on or before ninety (90) days of the date of this Order.

3.      The balance of the non-dischargeable Judgment in the sum of Sixty Thousand Dollars ($60,000.00) shall be payable at the rate of One Thousand, Two Hundred Fifty Dollars ($1,250.00) per month in certified funds, commencing thirty (30) days from the last Five Thousand Dollars ($5,000.00) payment.

4.      In the event of a default or non-payment by Mark Swift to Oronova, Inc. and in the event the default is not cured within twenty-one (21) days of the notice of default or in the event of more than three (3) defaults cured by Mark Swift, then Mark Swift stipulates to the entry of a non-dischargeable Judgment in the sum of One Hundred Forty Thousand Dollars ($140,000.00), less any funds paid pursuant to this Order. In such case, upon Motion of Plaintiff, this Court will enter a non-dischargeable Judgment in the sum of One Hundred Forty Thousand Dollars ($140,000.00), less any payments made pursuant to this Order.

5.      This Court retains jurisdiction to enforce the terms of this Settlement Agreement.

ENTER:  **NOV 0 6 2006**

Judge

AGREED:

Lester A. Ottenheimer III
Attorney for Plaintiff
Ottenheimer Teplinsky Rosenbloom, LLC
750 Lake Cook Road
Suite 140
Buffalo Grove, Illinois 60089
(847) 520-9400
Attorney No. 3127572

10/12/06

Thomas M. Britt
Attorney for Mark Swift
6825 W. 1715I St.
Tinley Park, Illinois 60477

- 2 -

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

| | | |
|---|---|---|
| MARK A. SWIFT, | ) | Chapter 7 |
| | ) | |
| Debtor, | ) | CASE NO. 05 B 35255 |
| | ) | |
| | | Honorable Eugene R. Wedoff |
| infiNET RESOURCE, INC., d/b/a | ) | |
| ORONOVA, INC., | ) | |
| | ) | |
| Adversary Plaintiff, | ) | Adversary No. 06-00617 |
| | ) | |
| vs. | ) | |
| | ) | |
| MARK A. SWIFT, | ) | |
| | ) | |
| Adversary Defendant. | ) | |

## SETTLEMENT AGREEMENT

This Settlement Agreement entered into this _____ day of _____, 2006 by and between infiNet Resource, Inc., d/b/a Oronova, Inc. ("Oronova"), and Mark Swift ("Swift").

WHEREAS, Oronova instituted an action in the Circuit Court of Cook County, Illinois, County Department, Law Division, against Swift (the "State Court action"); and

WHEREAS, pursuant to the State Court action, Oronova obtained a Judgment against Swift, individually, in the sum of One Hundred Forty Thousand Dollars ($140,000.00); and

WHEREAS, thereafter, Swift, individually, filed a Chapter 7 bankruptcy in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, identified as Case No. 05 B 35255; and

P:\LAO\plds\Oronova\Settlement Agreement.doc

WHEREAS, Oronova filed an Adversary Complaint objecting to the dischargeability of the debt due Oronova pursuant to Adversary Case No. 06 A 00617; and

WHEREAS, Swift has denied the allegations contained in the Adversary Complaint and, by entering into this Agreement, does not admit liability; and

WHEREAS, Oronova and Swift deem it in their best interests to settle the above-referenced matter on the terms and conditions set forth below.

NOW, THEREFORE, in consideration of the payment by Swift to Oronova, and the covenants and conditions contained herein, for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Oronova and Swift agree as follows:

1.    Swift agrees to the entry of a non-dischargeable Judgment against him and in favor of Oronova in the sum of Seventy-Five Thousand Dollars ($75,000.00).

2.    Swift agrees to pay, and Oronova agrees to accept, the sum of Seventy-Five Thousand Dollars ($75,000.00) as follows:

(a)    Five Thousand Dollars ($5,000.00) payable by Swift to Oronova within thirty (30) days of the entry of this Settlement Agreement;

(b)    An additional Five Thousand Dollars ($5,000.00) payable by Swift to Oronova within sixty (60) days after the date of this Agreement; and

(c)    An additional Five Thousand Dollars ($5,000.00) payable by Swift to Oronova within ninety (90) days after the date of this Agreement, for a total of Fifteen Thousand Dollars ($15,000.00) payable by Swift to Oronova within ninety (90) days of the date of this Agreement.

(d)    Thereafter, commencing thirty (30) days after payment of the final Five Thousand Dollars ($5,000.00) installment, Swift shall pay to Oronova the sum of Sixty

Thousand Dollars ($60,000.00) in forty-eight (48) equal installments of One Thousand, Two Hundred Fifty Dollars ($1,250.00) each, without interest.

3.      All payments required to be made by Swift to Oronova shall be made in certified funds.

4.      Default: In the event that Swift fails to make any payments when due, including the Five Thousand Dollars ($5,000.00) installments, as well as the monthly installments of One Thousand, Two Hundred Fifty Dollars ($1,250.00) when due, Swift shall have a grace period of twenty-one (21) days to cure said default. The twenty-one (21) days shall commence from the date of the mailing of the Notice of Default and shall be sent to Swift at his last known address which is 220 Melrose Avenue, Kenilworth, Illinois, 60043, along with a copy to his attorney, Thomas M. Britt, 6825 W. 171st Street, Tinley Park, Illinois, 60477.

5.      In the event that Swift fails to cure any default within twenty-one (21) days of the date of the Notice of Default, as provided above, or in the event that Swift defaults and cures more than three (3) times, it shall be considered a default hereunder and Swift then stipulates to the entry of a non-dischargeable Judgment in the sum of One Hundred Forty Thousand Dollars ($140,000.00), less any amounts paid to-date pursuant to this Settlement Agreement.

6.      In the event of a default by Swift pursuant to the terms set forth herein, then Oronova may apply to this Court pursuant to the terms hereof, and the only objection to be raised in any such Motion for Default by Swift shall relate to the right to contest if there is an error in notice or payments not being properly credited.

7.      This Court shall retain jurisdiction to enforce the terms of this Settlement Agreement.

8.    Swift and Oronova have been represented by counsel throughout these proceedings and the parties voluntarily enter into this Settlement Agreement. Swift and Oronova are further advised that no promises other than those set forth herein or any other representations other than set forth herein have been made.

9.    Upon the entry of this Settlement Agreement, Oronova agrees to dismiss Adversary No. 06 A 00617.

IN WITNESS WHEREOF, the parties have executed their hands and seals this _13_ day of _OCTOBER_, 2006.

InfiNet Resource, Inc., d/b/a Oronova, Inc.

By: _R. Brian Walsh_

Name: _R. BRIAN WALSH_                          Mark Swift

Title: _CEO AND PARTOWNER_                      APPROVED:

Date: _10/13/2006_

                                               Thomas A. Britt, counsel for Mark Swift

Lester A. Ottenheimer III
Ottenheimer Teplinsky Rosenbloom, LLC
750 Lake Cook Road
Suite 140
Buffalo Grove, Illinois 60089
(847) 520-9400
Attorney No. 3127572

8.    Swift and Oronova have been represented by counsel throughout these proceedings and the parties voluntarily enter into this Settlement Agreement. Swift and Oronova are further advised that no promises other than those set forth herein or any other representations other than set forth herein have been made.

9.    Upon the entry of this Settlement Agreement, Oronova agrees to dismiss Adversary No. 06 A 00617.

IN WITNESS WHEREOF, the parties have executed their hands and seals this _____ day of _____, 2006.

InfiNet Resource, Inc., d/b/a Oronova, Inc.

By: _____

Name: _____

Title: _____

Date: _____

Mark Swift

APPROVED:

Thomas A. Britt, counsel for Mark Swift

Lester A. Ottenheimer III
Ottenheimer Teplinsky Rosenbloom, LLC
750 Lake Cook Road
Suite 140
Buffalo Grove, Illinois 60089
(847) 520-9400
Attorney No. 3127572

P:\LAO\plds\Oronova\Settlement Agreement.doc